1 | DANIEL J. BRODERICK, Bar# 89424
Federal Defender
2 | BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California  95814
4 | Telephone (916) 498-5700

5 | Attorney for Defendant
SANTOS BARRAJAS

6

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

UNITED STATES OF AMERICA,      )
12 |                             )      Cr.S. 09-408-LKK
                 Plaintiff,     )
13 |                             )      **STIPULATION AND ORDER**
           v.                   )
14 |                             )      DATE:    June 29, 2010
VALENCIA-MENDOZA, et al.,       )      TIME:    9:15 a.m.
15 |                             )      JUDGE:   Hon. Lawrence K. Karlton
                 Defendants.    )
16 |                             )
_____)
17

18 |     It is hereby stipulated and agreed to between the United States of

19 | America through DANIEL McCONKIE, Assistant U.S. Attorney, and

20 | defendant, SANTOS BARRAJAS by and through his counsel, BENJAMIN

21 | GALLOWAY, Assistant Federal Defender, that the status conference set

22 | for Tuesday, May 25, 2010, be continued to Tuesday, June 29, 2010, at

23 | 9:15 a.m., for status conference and possible change of plea.

24 |     The reason for this continuance is to allow defense counsel

25 | additional time to review discovery with the defendants, to examine

26 | possible defenses and to continue investigating the facts of the case.

27 |     It is further stipulated that the time period from the date of this

28 | stipulation, May 24, 2010, through and including the date of the new

1   status conference hearing, June 29, 2010, shall be excluded from

2   computation of time within which the trial of this matter must be

3   commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161

4   (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to

5   prepare].

6

7   DATED: May 24, 2010          Respectfully submitted,

8                                DANIEL J. BRODERICK
                                 Federal Defender
9
                                 /s/ Benjamin Galloway
10                               BENJAMIN GALLOWAY
                                 Assistant Federal Defender
11                               Attorney for Defendant
                                 SANTOS BARRAJAS
12

13  DATED: May 24, 2010          BENJAMIN GALLOWAY
                                 United States Attorney
14
                                 /s/ Benjamin Galloway for
15                               DANIEL McCONKIE
                                 Assistant U.S. Attorney
16                               Attorney for Plaintiff

17

18
                              **O R D E R**
19
    Based on the stipulation of the parties and good cause appearing
20
    therefrom, the Court hereby adopts the stipulation of the parties in
21
    its entirety as its order.  It is hereby ordered that the presently set
22
    May 25, 2010, status conference shall be continued to June 29, 2010, at
23
    9:15 a.m..  It is further ordered that the time period from the date of
24
    the parties' stipulation, May 24, 2010, through and including the date
25
    of the new status conference hearing, June 29, 2010, shall be excluded
26
    from computation of time within which the trial of this matter must be
27
    commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161
28
    (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to

1  prepare].

2      Based on the stipulation of the parties and good cause appearing

3  therefrom, the Court hereby finds that the failure to grant a

4  continuance in this case would deny defense counsel reasonable time for

5  effective preparation taking into account the exercise of due

6  diligence.  The Court specifically finds that the ends of justice

7  served by the granting of such continuance outweigh the interests of

8  the public and the defendants in a speedy trial.

9      **IT IS SO ORDERED.**

10

DATED: May 25, 2010

11                                    _____
                                      LAWRENCE K. KARLTON
12                                    SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3