```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  BENJAMIN D. GALLOWAY, Bar# 214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    SANTOS BARRAJAS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    )
                             )   Cr.S. 09-408-LKK
          Plaintiff,         )
                             )   STIPULATION AND ORDER
     v.                      )
                             )   DATE:  October 13, 2010
VALENCIA-MENDOZA, et al.,    )   TIME:  9:15 a.m.
                             )   JUDGE: Hon. Lawrence K. Karlton
          Defendants.        )
                             )
_____)
```

It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendant, SANTOS BARRAJAS by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, September 8, 2010, be continued to Wednesday, October 13, 2010, at 9:15 a.m., for status conference and possible change of plea.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, August 26, 2010, through and including the date of the new

status conference/possible change of plea hearing, October 13, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: August 26, 2010          Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Benjamin Galloway
                                BENJAMIN GALLOWAY
                                Assistant Federal Defender
                                Attorney for Defendant
                                SANTOS BARRAJAS

DATED: August 26, 2010          BENJAMIN GALLOWAY
                                United States Attorney

                                /s/ Benjamin Galloway for
                                DANIEL McCONKIE
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set September 8, 2010, status conference shall be continued to October 13, 2010, at 9:15 a.m..  It is further ordered that the time period from the date of the parties' stipulation, August 26, 2010, through and including the date of the new status conference hearing, October 13, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

    Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED: August 26, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT