DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
SANTOS BARRAJAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>VALENCIA-MENDOZA, et al.,<br>　　　　Defendants. | Cr.S. 09-408-LKK<br>**STIPULATION AND ORDER**<br>DATE:  November 16, 2010<br>TIME:  9:15 a.m.<br>JUDGE: Hon. Lawrence K. Karlton |

　　It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendant, SANTOS BARRAJAS by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, October 13, 2010, be continued to Tuesday, November 16, 2010, at 9:15 a.m., for status conference and possible change of plea.

　　The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

　　It is further stipulated that the time period from the date of this stipulation, October 5, 2010, through and including the date of the new

1  status conference/possible change of plea hearing, November 16, 2010,
2  shall be excluded from computation of time within which the trial of
3  this matter must be commenced under the Speedy Trial Act, pursuant to
4  18 U.S.C. §§ 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for
5  defense counsel to prepare].

6  DATED: October 5, 2010         Respectfully submitted,

7                                 DANIEL J. BRODERICK
                                  Federal Defender
8
                                  /s/ Benjamin Galloway
9                                 BENJAMIN GALLOWAY
                                  Assistant Federal Defender
10                                Attorney for Defendant
                                  SANTOS BARRAJAS
11

12 DATED: October 5, 2010         BENJAMIN GALLOWAY
                                  United States Attorney
13
                                  /s/ Benjamin Galloway for
14                                DANIEL McCONKIE
                                  Assistant U.S. Attorney
15                                Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set October 13, 2010, status conference shall be continued to November 16, 2010, at 9:15 a.m..  It is further ordered that the time period from the date of the parties' stipulation, October 5, 2010, through and including the date of the new status conference hearing, November 16, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

1   Based on the stipulation of the parties and good cause appearing
2 therefrom, the Court hereby finds that the failure to grant a
3 continuance in this case would deny defense counsel reasonable time for
4 effective preparation taking into account the exercise of due
5 diligence.  The Court specifically finds that the ends of justice
6 served by the granting of such continuance outweigh the interests of
7 the public and the defendant in a speedy trial.
8   **IT IS SO ORDERED.**

DATED: October 7, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT