1    DANIEL J. BRODERICK, Bar# 89424
     Federal Defender
2    BENJAMIN D. GALLOWAY, Bar# 214897
     Assistant Federal Defender
3    801 I Street, 3rd Floor
     Sacramento, California  95814
4    Telephone (916) 498-5700

5    Attorney for Defendant
     SANTOS BARRAJAS
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

     UNITED STATES OF AMERICA,        )
12                                     )    Cr.S. 09-408-LKK
                      Plaintiff,       )
13                                     )    **STIPULATION AND ORDER**
             v.                        )
14                                     )    DATE:   December 7, 2010
     VALENCIA-MENDOZA, et al.,         )    TIME:   9:15 a.m.
15                                     )    JUDGE:  Hon. Lawrence K. Karlton
                      Defendants.      )
16                                     )
     _____ )
17

18       It is hereby stipulated and agreed to between the United States of

19   America through DANIEL McCONKIE, Assistant U.S. Attorney, and

20   defendant, SANTOS BARRAJAS by and through his counsel, BENJAMIN

21   GALLOWAY, Assistant Federal Defender, that the status conference set

22   for Tuesday, November 16, 2010, be continued to Tuesday, December 7,

23   2010, at 9:15 a.m., for status conference and possible change of plea.

24       The reason for this continuance is to allow defense counsel

25   additional time to review discovery with the defendant, to examine

26   possible defenses and to continue investigating the facts of the case.

27       It is further stipulated that the time period from the date of this

28   stipulation, November 8, 2010, through and including the date of the

1   new status conference/possible change of plea hearing, December 7,

2   2010, shall be excluded from computation of time within which the trial

3   of this matter must be commenced under the Speedy Trial Act, pursuant

4   to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and Local Code T4 [reasonable time

5   for defense counsel to prepare].

6   DATED: November 8, 2010       Respectfully submitted,

7                               DANIEL J. BRODERICK
                                   Federal Defender

8

9                              /s/ Benjamin Galloway
                              BENJAMIN GALLOWAY
                              Assistant Federal Defender

10                            Attorney for Defendant
                              SANTOS BARRAJAS

11

12   DATED: November 8, 2010       BENJAMIN GALLOWAY
                              United States Attorney

13

14                              /s/ Benjamin Galloway for
                              DANIEL McCONKIE
                              Assistant U.S. Attorney

15                            Attorney for Plaintiff

16

17

18                        **O R D E R**

19     Based on the stipulation of the parties and good cause appearing

20   therefrom, the Court hereby adopts the stipulation of the parties in

21   its entirety as its order.  It is hereby ordered that the presently set

22   November 16, 2010, status conference shall be continued to December 7,

23   2010, at 9:15 a.m..  It is further ordered that the time period from

24   the date of the parties' stipulation, November 8, 2010, through and

25   including the date of the new status conference hearing, December 7,

26   2010, shall be excluded from computation of time within which the trial

27   of this matter must be commenced under the Speedy Trial Act, pursuant

28   to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time
   for defense counsel to prepare].

1    Based on the stipulation of the parties and good cause appearing

2    therefrom, the Court hereby finds that the failure to grant a

3    continuance in this case would deny defense counsel reasonable time for

4    effective preparation taking into account the exercise of due

5    diligence.  The Court specifically finds that the ends of justice

6    served by the granting of such continuance outweigh the interests of

7    the public and the defendant in a speedy trial.

8    **IT IS SO ORDERED.**

9

DATED: November 8, 2010

10

11    LAWRENCE K. KARLTON

12    SENIOR JUDGE
       UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28