```
1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   SANTOS BARRAJAS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 09-408-LKK |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | DATE: January 4, 2011 |
| SANTOS BARRAJAS, | ) | TIME: 9:15 a.m. |
| | ) | JUDGE: Hon. Lawrence K. Karlton |
| Defendants. | ) | |
| | ) | |

It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendant, SANTOS BARRAJAS by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, December 7, 2010, be continued to Tuesday, January 4, 2011, at 9:15 a.m., for status conference and possible change of plea.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, December 1, 2010, through and including the date of the

new status conference/possible change of plea hearing, January 4, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: December 1, 2010          Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 /s/ Benjamin Galloway
                                 BENJAMIN GALLOWAY
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 SANTOS BARRAJAS

DATED: December 1, 2010          BENJAMIN GALLOWAY
                                 United States Attorney

                                 /s/ Benjamin Galloway for
                                 DANIEL McCONKIE
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set December 7, 2010, status conference shall be continued to January 4, 2011, at 9:15 a.m..  It is further ordered that the time period from the date of the parties' stipulation, December 1, 2010, through and including the date of the new status conference hearing, January 4, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

**2**

 1    Based on the stipulation of the parties and good cause appearing
 2 therefrom, the Court hereby finds that the failure to grant a
 3 continuance in this case would deny defense counsel reasonable time for
 4 effective preparation taking into account the exercise of due
 5 diligence.  The Court specifically finds that the ends of justice
 6 served by the granting of such continuance outweigh the interests of
 7 the public and the defendant in a speedy trial.
 8    **IT IS SO ORDERED.**

DATED: December 3, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT