DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
SANTOS BARRAJAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 09-408-LKK |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| v. ) | DATE:  January 11, 2011 |
| VALENCIA-MENDOZA, et al., ) | TIME:  9:15 a.m. |
| Defendants. ) | JUDGE: Hon. Lawrence K. Karlton |

   It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendant, SANTOS BARRAJAS by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, January 4, 2010, be continued to Tuesday, January 11, 2011, at 9:15 a.m., for status conference and possible change of plea.

   This continuance is requested as the parties are working toward resolution but need additional time to finalize an agreement.

   It is further stipulated that the time period from the date of this stipulation, December 23, 2010, through and including the date of the new status conference/possible change of plea hearing, January 11,

2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: December 23, 2010   Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Benjamin Galloway
                                        BENJAMIN GALLOWAY
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        SANTOS BARRAJAS

DATED: December 23, 2010   BENJAMIN GALLOWAY
                                        United States Attorney

                                        /s/ Benjamin Galloway for
                                        DANIEL McCONKIE
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set January 4, 2010, status conference shall be continued to January 11, 2011, at 9:15 a.m..  It is further ordered that the time period from the date of the parties' stipulation, December 23, 2010, through and including the date of the new status conference hearing, January 11, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing

1  therefrom, the Court hereby finds that the failure to grant a
2  continuance in this case would deny defense counsel reasonable time for
3  effective preparation taking into account the exercise of due
4  diligence.  The Court specifically finds that the ends of justice
5  served by the granting of such continuance outweigh the interests of
6  the public and the defendant in a speedy trial.
7       **IT IS SO ORDERED.**
8
9  DATED: January 4, 2011
10                                           _____
                                             LAWRENCE K. KARLTON
                                             SENIOR JUDGE
                                             UNITED STATES DISTRICT COURT