DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
SANTOS BARRAJAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 09-408-LKK |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | DATE:  January 25, 2011 |
| VALENCIA-MENDOZA, et al., | ) | TIME:  9:15 a.m. |
| | ) | JUDGE: Hon. Lawrence K. Karlton |
| Defendants. | ) | |
| | ) | |

   It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendant, SANTOS BARRAJAS by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, January 11, 2011, be continued to Tuesday, January 25, 2011, at 9:15 a.m., for status conference and possible change of plea.
   This continuance is requested as the parties are working toward resolution but need additional time to finalize an agreement.
   It is further stipulated that the time period from the date of this stipulation, December 23, 2010, through and including the date of the new status conference/possible change of plea hearing, January 25,

2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: January 6, 2011        Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender

                                         /s/ Benjamin Galloway
                                         BENJAMIN GALLOWAY
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         SANTOS BARRAJAS

DATED: January 6, 2011        BENJAMIN GALLOWAY
                                         United States Attorney

                                         /s/ Benjamin Galloway for
                                         DANIEL McCONKIE
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set January 11, 2011, status conference shall be continued to January 25, 2011, at 9:15 a.m..  It is further ordered that the time period from the date of the parties' stipulation, January 6, 2011, through and including the date of the new status conference hearing, January 25, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing

1  therefrom, the Court hereby finds that the failure to grant a
2  continuance in this case would deny defense counsel reasonable time for
3  effective preparation taking into account the exercise of due
4  diligence.  The Court specifically finds that the ends of justice
5  served by the granting of such continuance outweigh the interests of
6  the public and the defendant in a speedy trial.
7     **IT IS SO ORDERED.**

DATED: January 7, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT